**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **RETONDA JONES, on behalf of herself and all Others similarly situated,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CAREBRIDGE MEDICAL GROUP P.C. AND RSV QOZB LTSS, INC. d/b/a CareBridge,** )<br>)<br>)<br>)<br>**Defendants.** ) | **No. 3:25-cv-00744** |

## <u>ORDER</u>

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 41), the Court's order approving settlement (Doc. No. 40), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE